In the Matter of the Will of ELLSWORTH M. STATLER, Deceased. ELLSWORTH MORGAN STATLER, Appellant; ALICE S. STATLER et al., Respondents.

In the Matter of the Accounting of ALICE S. STATLER et al., as Trustees under the Will of ELLSWORTH M. STATLER, Deceased, Respondents. ELLSWORTH MORGAN STATLER, Appellant.

Argued June 1, 1950; decided July 11, 1950.

*Welles V. Moot* and *William P. Cantwell* for appellant.

*Franklin R. Brown* and *Michael J. Montesano,* in person, for Michael J. Montesano, respondent.

*John H. Hollands* and *Christopher Baldy* for Alice S. Statler and another, respondents.

Orders affirmed, with costs to respondents payable out of the estate; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.